**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| FENTON COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOCIETY FOR HUMAN RESOURCE MANAGEMENT, <br><br> Defendant. | Case No. 1:25-cv-00369-RDA-IDD |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluation possible disqualification or recusal, the undersigned counsel for Defendant Society for Human Resource Management, in the above captioned action, certifies that there are no parents, trusts, subsidiaries, affiliates or members of said party that have issued shares or debt securities to the public.

Respectfully submitted,

_/s/ Alison Duffy_
Alison Duffy (VSB No. 90113)
O'Hagan Meyer, PLLC
2560 Huntington Avenue, Suite 204
Alexandria, VA 22303
T: (703) 775-8606
E: aduffy@ohaganmeyer.com
*Counsel for Defendant Society for Human Resource Management*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 2nd day of April 2025, I filed the foregoing with the Court using the CM/ECF system, which will electronically serve all counsel of record who have entered an appearance in this case.

*/s/ Alison Duffy*
Alison Duffy