

# Invoice

Johnny C. Taylor, Jr.
Society for Human Resource Management
1800 Duke St
Alexandra, VA, 22314

| | |
|---|---|
| **Invoice:** | INV2685 |
| **Date:** | 12/03/2024 |
| **Payment Due:** | Upon Receipt |

| Campaign: | SHRM CEO Action Sep24-Dec24^ | |
|---|---|---:|
| | Fee for Services - Final Payment | 120,950.00 |
| | Work completed as of December 3rd, and in so, discounts for the last three weeks of the contract | (12,500.00) |
| | **Total** | **$108,450.00** |

**Please remit payment to:**

Fenton Communications Inc.
244 Madison Avenue, Suite 307
New York, NY 10016

Attn: Accounts Receivable
Tax ID: ▉▉▉

**Bank Name:**

Bank of America
1090 Vermont Avenue NW
Washington, DC 20005

ACH ABA / Routing ▉▉▉
Wires ABA / Routing ▉▉▉
Checking Account ▉▉▉

Invoice Date: 12/03/2024    Terms:    Due Date: Upon Receipt    Customer ID: SHRM