UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA (ALEXANDRIA DIVISION)

| | |
|---|---|
| FENTON COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> SOCIETY FOR HUMAN RESOURCE MANGEMENT, <br><br> Defendant. | Case No.: 1:25-cv-00369-RDA |

**AMENDED JOINT RULE 26(f) CONFERENCE REPORT AND DISCOVERY PLAN**

Pursuant to Fed. R. Civ. P. 26(f) and this Court's order dated July 21, 2025 (the "Scheduling Order") (ECF Doc. 22), Plaintiff Fenton Communications, Inc. ("Plaintiff"), and Defendant Society for Human Resource Management ("Defendant") (together with Plaintiff, the "Parties," each a "Party"), submit this Joint Conference Report and Discovery Plan following their Rule 26(f) conference on July 25, 2025 and state as follows:

1. <u>Joinder of Additional Parties</u>: Neither Party anticipates joining other parties at this time.

2. <u>Scope of Discovery</u>: The Parties will conduct discovery concerning Plaintiff's allegations in the Complaint and Defendant's affirmative defenses. The Parties anticipate serving Interrogatories and Requests for Production of Documents, potentially Requests to Admit, and conducting fact depositions.[1] The Parties do not expect to exceed the 10-deposition limit set forth in Fed. R. Civ. P. 30(a)(2), or the 30-interrogatory limit set forth in the Scheduling Order.

---

[1] The Parties do not anticipate the need to conduct expert discovery.

3. <u>Electronically Stored Information</u>: The parties anticipate discovery of electronically stored information ("ESI"). The parties will confer regarding the form in which ESI shall be produced, the measures to be taken to preserve the information, and the scope of production. The parties do not anticipate any issues with ESI. The parties agree that, pursuant to Fed. R. Civ. P. 26(c), the entry of a proposed Protective Order to govern disclosure and use of confidential information is appropriate. The parties anticipate submitting a proposed order regarding ESI within 30 days of the Court's entry of a Scheduling Order.

4. <u>Conducting Discovery</u>: The Parties do not believe discovery needs to be conducted in phases or limited.

5. <u>Discovery Disputes</u>: The Parties agree that they will meet and confer regarding any discovery disputes prior to raising the matter with the Court.

6. <u>Proposed Scheduling Order</u>: The Parties propose the following case deadlines:

   a. The parties each affirm that initial disclosures pursuant to Fed. R. Civ. P. 26(a) were served on May 30, 2025.

   b. A Rule 16(b) pretrial conference will be held **August 13, 2025** at 11:00 a.m. before Magistrate Judge Ivan B. Davis.

   c. The deadline to complete all discovery, including fact depositions: **November 14, 2025**.

   d. The deadline to file motions for summary judgment: **December 12, 2025**.

7. <u>Remote Depositions</u>: The Parties stipulate that depositions may be conducted by remote means if agreed to in advance by all involved parties. Notwithstanding the foregoing, any deposition pursuant to Fed. R. Civ. P. 30(b)(6) shall be conducted in person.

8. <u>Magistrate Judge</u>: The parties do not consent to trial before a magistrate judge pursuant to 28 U.S.C. § 636.

9. <u>Electronic Service</u>: The parties agree to accept service of letters, discovery requests, and other documents (except in the case of documents required to be filed with the Court electronically, the service of which is governed by the Local Rules, or documents that are too voluminous for email) in PDF format via email.

10. <u>Settlement</u>: The Parties have engaged in preliminary settlement discussions and presently believe that participation in a settlement conference before Magistrate Judge Ivan B. Davis would be beneficial. The Parties request availability for a settlement conference within the next 30 days to allow the Parties to attempt resolution before incurring significant costs arising from discovery and depositions.

11. <u>Initial Pretrial Conference</u>. The parties agree to waive the Initial Pre-Trial Conference scheduled for August 13, 2025.

12. The Parties attest that they discussed the issues in Paragraphs 1-11, above, on July 25, 2025.

Dated: August 8, 2025                               **ZOBRIST LAW GROUP**

By: */s/ Jonathan S. Jacobs*
Jonathan S. Jacobs
1455 Pennsylvania Ave., NW, Ste. 400
Washington, D.C. 20004
(202) 349-1452
jonathan@zoblaw.com

*Attorneys for Plaintiff*
*FENTON COMMUNICATIONS, INC.*

Dated: August 8, 2025 **DAVIS+GILBERT LLP**

By: */s/ Zachary G. Karram*
Zachary G. Karram (Admitted *Pro Hac Vice*)
Danielle C. Zolot (*Pro Hac Vice* pending)
1675 Broadway
New York, New York 10019
(212) 237-1480
zkarram@dglaw.com
dzolot@dglaw.com

*Attorneys for Plaintiff*
*FENTON COMMUNICATIONS, INC.*

Dated: August 8, 2025 **O'HAGAN MEYER, PLLC**

By: */s/ Alison Duffy*
Alison Duffy (VSB No. 90113)
2560 Huntington Avenue, Suite 204
Alexandria, Virginia 22303
(703) 775-8606
aduffy@ohaganmeyer.com

*Attorneys for Defendant*
*SOCIETY FOR HUMAN RESOURCE MANAGEMENT*

**CERTIFICATION OF SERVICE**

  I hereby certify that on August 8, 2025, I caused a copy of the foregoing JOINT RULE 26(f) CONFERENCE REPORT AND DISCOVERY PLAN, to be electronically filed using the CM/ECF system, which sent notification of such filing to all counsel of record.

                  */s/ Jonathan S. Jacobs*
                   Jonathan S. Jacobs