# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):     Alison Duffy

Electronic Device(s):     One (1) Laptop and One (1) Cellphone

Purpose and Location Of Use:     Settlement Conference

Case Name:     Fenton Communications, Inc. v. Society for Human Resource Management

Case No.:     1:25-cv-00369-RDA-IDD

Date(s) Authorized:     October 30, 2025

IT Clearance Waived:     ____ (YES)     ____ (NO)

DENIED
~~APPROVED~~ BY:

Date: 29 Oct 2025     _[signed]_
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____
                  IT Staff Member      Date(s)

**IT clearance must be completed, unless waived, before court appearance.**